IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 07 C 2490 |
| MIDWEST SHEET METAL, INC., an Illinois corporation, | ) ) ) | JUDGE AMY J. ST. EVE |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on June 28, 2007 request this Court enter judgment against Defendant, MIDWEST SHEET METAL, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On June 28, 2007, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for April 2007 and May 2007 within 14 days of the entry of said Order. The Court also retained jurisdiction to enter judgment against Defendant.

2. On July 2, 2007, Plaintiff Funds received Defendant's fringe benefit contribution reports and all contributions due thereon for April 2007 and May 2007.

3. Due to the late submission of contributions due for April 2007, Plaintiffs assessed ten (10%) percent liquidated damages against the Defendant. Accordingly, Defendant owes $1,070.75 for liquidated damages for April 2007. (See Affidavit of Scott P. Wille).

4. In addition, Plaintiffs' firm has expended $490.00 for costs and $787.50 for attorneys' fees, for a total of $1,277.50, in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $2,348.25.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $2,348.25.

/s/ Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Midwest Sheet Metal\2007\motion-judgment.jdg.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 10th day of September 2007:

                      Mr. Robert J. Spears, Registered Agent
                      Midwest Sheet Metal, Inc.
                      1700 S. Eastwood Drive
                      PO Box 728
                      Woodstock, IL   60098-0728

                      Mr. Robert J. Spears, Registered Agent
                      Midwest Sheet Metal, Inc.
                      5723 Weatherstone Way
                      Johnsburg, IL   60050

                                        /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Midwest Sheet Metal\2007\motion-judgment.jdg.df.wpd